JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vivian Hsiung,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>The Walt Disney Company,<br><br>　　　　　Defendant | 2:18-cv-4162-VAP-JPRx<br><br>**JUDGMENT** |

　　Pursuant to the Order Granting Defendant's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   8/19/20

　　　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　United States District Judge